IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| Petitioner | § | |
| | § | |
| V. | § | MISC. ACTION NO. 4:09-mc-3 |
| | § | |
| SCOTT ANTHONY, | § | |
| Respondent | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER DIRECTING COMPLIANCE WITH SUMMONS

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 9, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Respondent be required to fully comply with the summons issued and appear at the Offices of the Internal Revenue Service as directed.

Respondent having waived his right to object, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court.

Further, Respondent is **ORDERED** and **DIRECTED** to fully comply with the summons issued to secure information to complete an Income Tax Return and appear on *March 26, 2009, at 9:00 a.m., at the offices of the Internal Revenue Service, 5450 Stratum Dr., Suite 150, Fort Worth, Texas 76137*, to meet with Revenue Officer Betty Santiago or her designated agent, and to comply with the summons, and produce the records and testimony called for in the summons.

**IT IS SO ORDERED.**

SIGNED this 12th day of March, 2009.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE